IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3080 |
| | ) | |
| V. | ) | |
| | ) | |
| DAPHNE JERALYN WHITE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff's motion for leave of court to dismiss indictment (filing 19) is granted.

    DATED this 11th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge